## Attachment A

**Apple I-Phone 7 cellular telephone bearing** IMEI 359206072023047, MSISDN 12162350345**, detained from Walid CHEHADE on November 20, 2017 and currently in IRS-CID custody in Grand Rapids, Michigan.**