**Attachment B**
**Information and Evidence to be Seized**

1. Lists, records, notes, or similar files documenting import/export transactions and/or identifying individuals involved in those transactions;

2. Contact lists;

3. Toll records documenting incoming and outgoing phone calls, text messages, and electronic mail;

4. Electronic communications including electronic mail, MMS, SMS, and WhatsApp text messages, communications through social media networks such as Facebook, Instagram, Twitter, or their equivalent, relating to exports of commodities and technologies to Lebanon;

5. Digital photographs or video files related to exports of commodities and technologies to Lebanon;

6. Audio files including voice mail messages or "chats" relating to exports to Lebanon;

7. Global Positioning System (GPS) data indicating the location of the respective **DEVICE** at given points in time;

8. Evidence of user attribution showing who used or owned the respective **DEVICE** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

9. Records and things evidencing the use of the Internet, including:

    a. records of Internet Protocol addresses used;

    b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

10. Applications for export licenses, regulations and other material related to international trade restrictions, United States export license requirements, the Office of Foreign Assets Control, or trade or any other foreign country by the United States or any other foreign country or organization;

11. Documents or communications regarding U.S. export control statutes and/or regulations, including licensing requirements;

12. Documents, records, and communications relating to the ownership, management and control of , including documents relating to its formation, organization or incorporation;

13. The device will be searched for information relating to violations of 22 U.S.C. § 2778 (Arms Export Control Act); 18 U.S.C. § 371 (Conspiracy to Commit Offense or Defraud United States); 18 U.S.C. § 554 (Smuggling Goods from the United States); 18 U.S.C. § 922(a)(1)(A) (Dealing Firearms without a License); and 18 U.S.C. § 1956 (Money Laundering Conspiracy).